447 A.2d 644

Commonwealth v. Smith, Appellant.

Submitted May 6, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and LIPEZ, JJ.

Judgment of sentence affirmed.